**Order entered May 8, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00405-CR

**SRIHARI AVULA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 296-80285-2012**

## ORDER

The Court **ORDERS** Karla Kimbrell, official court reporter of the 380th Judicial District Court, to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 1 and 2.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Karla Kimbrell, official court reporter, 380th Judicial District Court, and to counsel for all parties.

/s/     LANA MYERS
         JUSTICE